# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY MACOMBER, et al.,<br><br>Respondents. | Case No. 2:24-cv-10422-MCS-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Amended Petition for Writ of Habeas Corpus, Dkt. No. 6; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 8; Petitioner's Objections to the Report, Dkt. No. 9; and all of the records and files herein.

The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected and does not find Petitioner's objections persuasive. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

\\\

\\\

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: April 23, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE