JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO LOPEZ, | Case No. 2:24-cv-10422-MCS-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFFREY MACOMBER, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 23, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE